Anthony W. Rector
General Delivery
Los Alamitos, California, 90720
Telephone: 424-702-7996

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTHONY W. RECTOR

Plaintiff,

V.

RECEIVEABLES PERFORMANCE MANAGEMENT (RPM); WESTERN DENTAL SERVICES INC.; AND DOES 1 through 10 Inclusive

Defendant(s),

CASE NO: SACV13-01897 UA(DUTYx)

COMPLAINT FOR VIOLATION OF TELEMARKETING AND THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

TRIAL BY JURY DEMANDED

## JURISDICTION

1. This is an action for damages brought by an individual consumer, against Defendant(s), RECEIVEABLES PERFORMANCE MANAGEMENT (RPM), WESTERN DENTAL SERVICES INC for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227, et seq., the Fair Debt Collections Act, 15 U.S.C. §§ 1692, et seq. ("FDCPA"), and the invasions of Plaintiff's personal privacy by the Defendant and its agents in their illegal efforts to collect a consumer debt.

1

(COMPLAINT FOR VIOLATION OF TELEMARKETING AND THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331.

3. Venue is proper in this District pursuant to 28 U.S.C. §1391.

## PARTIES

4. Plaintiff, ANTHONY W. RECTOR, is an adult individual residing in Los Alamitos, California.

5. Plaintiff is a consumer within the meaning of the TCPA and the FDCPA.

6. Defendant, RECEIVEABLES PERFORMANCE MANAGEMENT (RPM), is a California corporation with a principal place of business at 20816 44th Ave W., Lynnwood, WA 98036 operating as a <u>collection agency</u>, and is a "debt collector" as the term is defined by 15 U.S.C. §§ 1692a(6) and the California Fair Debt and Collections Practices Act (CFDCPA), California Civil Code section 1788(1)(2).

## FACTUAL ALLEGATIONS

7. At all pertinent times hereto, Defendant was collecting a debt relating to Western Dental Corporation.

8. The debt at issue arises out of an alleged transaction which was primarily for personal, family, or household purposes.

9. At all times material and relevant hereto, Plaintiff did not owe the debt to Defendant, and has never owed a debt to Defendant.

10. January 12, 2013; Defendant called Plaintiff's <u>cellular telephone</u> number 424-288-xxxx (at 2:12 P.M.) using artificial and/or prerecorded voice technology to coerce payment of the debt, with the intent to annoy, abuse or harass Plaintiff. Defendant then continued to repeatedly call Plaintiff's cellular telephone number on the following dates: January 13th (at 7:10 A.M.),

2

(COMPLAINT FOR VIOLATION OF TELEMARKETING AND THE TELEPHONE
CONSUMER PROTECTION ACT (TCPA)

January 13th (at 1:28 P.M.), January 15th (at 4:33 P.M.), January 15th (at 7:32 P.M.), January 15th (at 5:32 P.M.), January 18th (at 9:24 A.M.), and January 18th (at 7:43 P.M.), January 19th (at 3:10 P.M.), January 20th (at 9:32 P.M.), January 20th (at 5:20 P.M.), January 20th (at 6:12 P.M.), and January 22nd (at 8:10 P.M.), January 22nd (at 8:23 P.M.), January 22nd (at 8:54 P.M.), February 4th (at 9:33 P.M.), February 4th (at 9:41 P.M.), February 4th (at 10:02 P.M.), and February 6th (at 10:24 P.M.), February 6th (at 9:33 A.M.), and February 7th (at 11:24 P.M.), February 7th (at 3:18 P.M.), February 8th (at 8:51 A.M.), and February 8th (at 1:46 P.M.). February 9th (at 1:50 P.M.), February 9th at (3:43 P.M), P.M.), February 9th 2013 (at 9:10 A.M.), February 11th 2013 (at 11:13 A.M.), February 11th 2013 (at 2:10 P.M.), February 15th 2013 (at 3:30 P.M.), February 15th 2013 (at 7:22 P.M.), February 15th 2013 (at 10:45 P.M.), February 15th 2013 (at 7:30 A.M.), February 16 th 2013 (at 9:50 A.M.), February 17th 2013 (at 2:14 P.M.), February 17th 2013 (at 7:36 P.M.), February 17th 2013 (at 12:52 P.M.), February 21st 2013 (at 1:30 P.M.), February 21st 2013 (at 2:14 P.M.), February 23rd 2013 (at 3:20 P.M.), February 25th 2013 (at 5:33 P.M.), February 25th, 2013 (at 7:05 P.M.), February 25th 2013 (at 7:49 P.M.), March 7th 2013 (at 9:20 A.M.), March 8th 2013 (at 10:40 A.M.), March 9th 2013 (at 11:24 P.M.), March 9th 2013 (at 12:15 A.M.), March 11th 2013 (at 1:15 A.M.), March 12th 2013 (at 10:45 A.M.), March 13th 2013 (at 8:57 A.M.), March 14th 2013 (at 3:19 P.M.), March 17th 2013 (at 9:42 A.M.) for total of 51 calls.

11. Defendant acted in a false, deceptive, misleading and unfair manner by repeatedly communicating with Plaintiff at inconvenient times.

12. Defendant acted in a false, deceptive, misleading and unfair manner by causing a telephone to ring with intent to annoy, abuse, or harass any person at the called number.

13. Defendant knew or should have known that their actions violated the TCPA and the FDCPA.

3

**(COMPLAINT FOR VIOLATION OF TELEMARKETING AND THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)**

## COUNT I-VIOLATIONS OF THE TCPA

14. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

15. At all times relevant hereto, Defendant used, controlled and or operated "automatic telephone dialing systems" as defined by § 227(a)(1) of the TCPA and the California Fair Debt and Collections Practices Act (CFDCPA), California Civil Code section 1788(1)(2).

16. Defendant initiated at least seven (47) telephone calls to Plaintiff's telephone line using artificial and or prerecorded voices to deliver messages without the express consent of Plaintiff, in violation of 47 U.S.C. § § 227 (1)(A)(iii) of the TCPA and the California Fair Debt and Collections Practices Act (CFDCPA), California Civil Code section 1788(1)(2).

17. The acts and or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense justification or legal excuse.

18. As a result of the above violations of the TCPA, Defendant is liable to Plaintiff in the sum of Plaintiff's statutory damages, actual damages, and treble damages.

## COUNT II-VIOLATIONS OF THE FDCPA

19. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

20. The Defendant caused a phone to ring repeatedly with the intent to annoy and harass, in violation of 15 U.S.C. § 1692d(5).

21. The Defendant employed false and deceptive means to collect a debt, in violation of 15

4

U.S.C. § 1692e(10).

22. The Plaintiff is entitled to damages as a result of Defendant's violations.

## COUNT III
## VIOLATION OF CALIFORNIA FAIR DEBT AND COLLECTIONS PRACTICES ACT (CFDCPA), CAL. STAT. §1788 BY DEFENDANTS RECEIVEABLES PERFORMANCE MANAGEMENT (RPM); WESTERN DENTAL SERVICES INC

23. Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

24. Plaintiff is a consumer within the meaning of §1788(1)(2).

25. RPM is a debt collector within the meaning of §1788(1)(2).

26. Defendants violated §1788(1)(2) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

## COUNT III-INVASION OF PRIVACY –INTRUSION UPON SECLUSION

27. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

28. Defendant invaded the privacy of Plaintiff by unreasonably intruding upon his seclusion by calling his personal telephone and leaving messages in relation to a debt that Plaintiff did not owe to Defendant.

29. Defendant intruded, physically or otherwise, upon to solitude and or seclusion of Plaintiff in a manner which was highly offensive to Plaintiff and other reasonable persons if same should be in similar positions.

30. Defendant's intentional intrusions, physical or otherwise, upon the solitude and or seclusion

5

(COMPLAINT FOR VIOLATION OF TELEMARKETING AND THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

of Plaintiff were substantial and highly offensive.

31. As a direct and proximate cause of the telephone calls that harassed, annoyed and abused Plaintiff, Defendant disturbed the peace and tranquility of his home, invaded Plaintiff's privacy and intruded upon his seclusion, was a substantial factor in bringing about the serious injuries, damages and harm to Plaintiff that are outlined more fully above and, as a result, Defendant is liable to compensate Plaintiff for the full amount of actual, compensatory and punitive damages, as well as such other relief, permitted under the law.

## JURY TRIAL DEMAND

32. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) Actual damages; pursuant to 15 U.S.C. § 1692k; and the California Fair Debt and Collections Practices Act (CFDCPA), California Civil Code section 1788(1)(2).

(b) Statutory damages; pursuant to 15 U.S.C. § 1692k; and the California Fair Debt and Collections Practices Act (CFDCPA), California Civil Code section 1788(1)(2).

(c) Punitive damages;

(d) Treble damages;

(e) Such other and further relief s may be just and proper.

DATED: 12/4/13

Respectfully submitted,

By: _____
Anthony W. Rector
In Pro Per

7

**(COMPLAINT FOR VIOLATION OF TELEMARKETING AND THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
ANTHONY W. RECTOR

**DEFENDANTS**
RECEIVEABLES PERFORMANCE MANAGEMENT (RPM); WESTERN DENTAL SERVICES INC.; AND DOES 1 through 10 Inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Anthony W. Rector
General Delivery
Los Alamitos, California, 90720, 424-702-7996

Attorneys (If Known)
NOTB KNOWN

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ $76,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TCPA & FDCPA VIOLATIONS

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: SACV13-01897 UA(DUTY)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Anthony W. K____   Date  12/4/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |