FILED

2013 DEC 20 PM 4: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY W. RECTOR, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | SACV 13-01897 UA (DUTYx) |
| v. | |
| RECEIVABLES PERFORMANCE MANAGEMENT, et al., | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____        _____
Date                           United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency        ☐ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous        ☐ Immunity as to _____
☒ Other: Plaintiff's IFP declaration is inconsistent with his IFP declaration in CV 13-01896. Plaintiff has also had prior IFP declarations denied for the same reason. See CV 13-6058, 08/27/13 Order (GHK) [2].

Comments:
The Court notes Plaintiff has filed at least 3 prior IFP declarations that were denied because they were incomplete, contained allegations that were inconsistent with prior IFP declarations, and/or were accompanied by complaints with claims the Court lacked jurisdiction to consider or stated claims found to be frivolous, malicious and failing to state a claim for relief. See CV 10-146, CV 12-3207, and CV 12-3210.

December 10, 2013                /s/ ARTHUR NAKAZATO
Date                             United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED        ☒ DENIED (See comments above).

12/18/13                         _____
Date                             United States District Judge

---

CV-73A (01/10)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE